UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JIMMY MEMNON

Plaintiff

CASE NUMBER: 8:20-CV-43-T-23TGW

v.

TAMPA HOUSING Authority / section 8 DEPARTMENT

Defendant

## — Motion to Appeal —

I (Jimmy Memnon) filing this motion requesting the court to reverse Tampa Housing Authority Decision to terminate my Section 8 voucher assistance made by Tampa Housing Authority - Section 8 Department on October 27, 2019. The reason I am filing this motion to appeal the decision with the court is because the decision to terminate my Section 8 voucher assistance was an unfair decision against me based on irrelevant facts, based on discrimination and retaliation against me by Tampa Housing Authority for the simple fact that I have filed

A HOUSING DISCRIMINATION COMPLAINT AGAINST them ON MARCH 22, 2019 with the U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, AND ALSO with the CITY OF TAMPA OFFICE OF HUMAN RIGHTS. I HAVE ALWAYS BEEN COMPLIANT with TAMPA HOUSING AUTHORITY RULES AND REGULATIONS AS A TENANT, I HAVE BEEN LIVING IN their LOW INCOME HOUSING APARTMENT for OVER 10 years AND I NEVER VIOLATED ANY RULES EVER. I AM REQUESTING for the COURT to GRANT ME this MOTION to REVERSE TAMPA HOUSING AUTHORITY-SECTION 8 DEPARTMENT UNFAIR AND DISCRIMINATORY DECISION to TERMINATE MY SECTION 8 VOUCHER ASSISTANCE WHICH KICK ME

off the PROGRAM FOR LIFE OF NO FAULT OF MY OWN.

JIMMY MEMNON
4728 South TRASK st. APT #89
TAMPA, FL 33611

Tel 813 479 3313